**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEVIN BOLLING,

                                Case No. 2:26-cv-10898-RJW-KGA

        Plaintiff,

v

EXPERIAN INFORMATION
SOLUTIONS, INC.; EQUIFAX
INFORMATION SERVICES, LLC;
TRANS UNION LLC and ALLY
FINANCIAL INC.,

        Defendants.

---

## NOTICE OF APPEARANCE

Erica Sarver, on behalf of Bodman PLC, hereby enters her appearance in the above-entitled matter on behalf of Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

                              BODMAN PLC

                              By: /s/ *Erica J. Sarver*
                                    Erica J. Sarver (P80106)
                                    6th Floor at Ford Field
                                    1901 St. Antoine Street
                                    Detroit, Michigan 48226
                                    (313) 259-7777
                                    esarver@bodmanlaw.com
                                    *Attorney for Experian*

Dated:   June 12, 2026.

4923-2883-3204_1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties and counsel of record.

*/s/ Erica J. Sarver*
Erica J. Sarver (P80106)

4923-2883-3204_1