## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

KEVIN BOLLING,                           )
                                         )
     *Plaintiff,*                  )   Case No. 2:26-cv-10898
                                         )
    v.                               )   District Judge Robert J. White
                                         )
                                         )   Magistrate Judge Kimberly G. Altman
EXPERIAN INFORMATION                     )
SOLUTIONS, INC. et al,                   )
                                         )
     *Defendants.*                )

---

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule 7.1, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Jennifer K. Meer as counsel for Experian in this action and in support states as follows:

1. On April 9, 2026, Jennifer K. Meer of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On June 12, 2026, Erica Sarver of the law firm Bodman PLC entered an appearance in this matter.  Her contact information is as follows:  Erica Sarver, 1901 St. Antoine, Detroit, MI 48226; (313) 393-7548; esarver@bodmanlaw.com.

3. Ms. Sarver of Bodman PLC will represent Experian in this matter going forward.  Accordingly, the withdrawal of Jennifer K. Meer will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request.  All parties have been notified of this request.

Experian respectfully requests that the Court grant an Order withdrawing Jennifer K. Meer as counsel for Experian in this matter.

Dated:  June 15, 2026          Respectfully submitted,


*/s/ Jennifer K. Meer*

JONES DAY
Jennifer K. Meer (P87966)
150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
Telephone: (313) 230-7957
Email: jmeer@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on June 15, 2026, I electronically filed the

foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all

counsel of record.

/s/ Jennifer K. Meer
Jennifer K. Meer

*Attorney for Defendant*
*Experian Information Solutions, Inc.*