UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN BOLLING,

     Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

     Defendants.

Case No. 26-cv-10898

Honorable Robert J. White

## ORDER GRANTING MOTION TO WITHDRAW

The Court, having reviewed Jennifer K. Meer's Motion to Withdraw as Counsel, and having been fully advised of the same, hereby **GRANTS** the Motion.

Jennifer K. Meer is hereby withdrawn from the above-captioned matter. The Clerk of Court is directed to remove Jennifer K. Meer as counsel of record. Erica Sarver of Bodman, PLC shall remain counsel of record for Defendant Experian Information Solutions, Inc.

SO ORDERED.

Dated: June 17, 2026

s/Robert J. White

Robert J. White
United States District Judge