## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KEVIN BOLLING, | **Case No.:** 2:26-cv-10898-RJW-KGA |
| Plaintiff, | Honorable Robert J. White |
| v. | Honorable Kimberly G. Altman |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and ALLY FINANCIAL INC., | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kevin Bolling ("Plaintiff")

and Defendant Experian Information Solutions, Inc. ("Experian") (together the

"Parties"), have resolved the claims between them in this matter. The Parties are in

the process of finalizing the terms and performance attendant to that resolution.

The Parties anticipate completing that performance within the next forty-five (45)

days and submitting to the Court the necessary dismissal papers. In the interim, the

Parties ask that the Court vacate all deadlines in this matter as to Defendant

Experian Information Solutions.

//

RESPECTFULLY SUBMITTED on June 26, 2026

/s/ Adam Hubbi
Adam Hubbi, CA #359827
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1505
F: (480) 613-7733
E: ahubbi@consumerjustice.com

*Attorneys for Plaintiff*
*Kevin Bolling*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically filed the foregoing with

the Clerk of the Court using the ECF system, which will send notice of such filing

to all attorneys of record in this matter. Since none of the attorneys of record are

non-ECF participants, hard copies of the foregoing have not been provided via

personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**

*By: /s/ Amanda Dakroub*
Amanda Dakroub