## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN BOLLING,

                Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and ALLY FINANCIAL INC.,

                Defendants.

**Case No.:** 2:26-cv-10898-RJW-KGA

Honorable Robert J. White

Honorable Kimberly G. Altman

**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC**

**NOTICE IS HEREBY GIVEN** that Plaintiff Kevin Bolling ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") (together the "Parties"), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Trans Union LLC.

//

RESPECTFULLY SUBMITTED on June 26, 2026

/s/ Adam Hubbi
Adam Hubbi, CA #359827
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1505
F: (480) 613-7733
E: ahubbi@consumerjustice.com

*Attorneys for Plaintiff*
*Kevin Bolling*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

CONSUMER JUSTICE LAW FIRM PLC

By: */s/ Amanda Dakroub*
Amanda Dakroub