UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN BOLLING,

     Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

     Defendants.

Case No. 26-cv-10898

Honorable Robert J. White

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff KEVIN BOLLING and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax only.

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services, LLC only.

SO ORDERED.


Dated: June 30, 2026                          s/Robert J. White
                                              Robert J. White
                                              United States District Judge




**STIPULATED TO:**


By: */s/ Adam Hubbi*                          By: */s/Heather H. Sharp*
Adam Hubbi, CA #359827                        Heather H. Sharp
CONSUMER JUSTICE LAW FIRM                     hsharp@seyfarth.com
PLC                                           SEYFARTH SHAW LLP
8095 N. 85th Way                              1075 Peachtree Street, N.E.
Scottsdale, AZ 85258                          Suite 2500
T: (602) 807-1505                             Atlanta, Georgia 30309-3958
F: (480) 613-7733                             Telephone: (404) 885-1500
E: ahubbi@consumerjustice.com                 Facsimile: (404) 892-7056


*Attorneys for Plaintiff*                     *Counsel for Defendant*
*Kevin Bolling*                               *Equifax Information Services, LLC*


2