UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN BOLLING,

     Plaintiff(s),

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

     Defendant(s).

Case No. 26-cv-10898

Honorable Robert J. White

## SCHEDULING ORDER

This civil case having come before the Court pursuant to Federal Rule of Civil

Procedure 16 and the Parties having submitted a proposed discovery plan, the Court

enters the following schedule to manage the progress of the case:

| EVENT / FILING[1] | DATE / TIMEFRAME |
| --- | --- |
| Amendment of pleadings | September 15, 2026 |
| Lay and expert witness lists filed | February 22, 2027 |
| Interim status conference (remote) | April 22, 2027 at 11:30 am |
| Discovery completed by | February 15, 2027 |
| Expert discovery completed by | April 30, 2027 |
| Dispositive motions filed by | May 30, 2027 |
| Challenges to experts | May 30, 2027 |

---

[1] For any events not listed here, please refer to Federal Rule of Civil Procedure 26.

| Joint proposed final pretrial order and Motions *in limine* (*see* Case Management Requirements § VI) | TBD |
|---|---|
| Final Pretrial Conference | TBD |
| Jury/Bench trial | TBD |
| Estimated length of trial | TBD |

As this case progresses, the Parties should continually review the Court's Case

Management Requirements.

Dated: July 8, 2026                              s/Robert J. White
                                                 Robert J. White
                                                 United States District Judge